# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00279-CV

**Lucius Lydick, Appellant**

**v.**

**Rebecca Herrera, Appellee**

## FROM THE 425TH JUDICIAL DISTRICT COURT OF WILLIAMSON COUNTY
## NO. 25-0015-PO425, THE HONORABLE BETSY F. LAMBETH, JUDGE PRESIDING

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant Lucius Lydick has filed an unopposed motion to abate this appeal pending entry of final judgment in the district court. Lydick appealed the district court's dismissal for want of prosecution; however, the district court later vacated that order and reinstated the case on its docket. Lydick represents that the district court indicated its intent to deny his application for protective order. He requests that this Court abate the appeal and remand to the district court for entry of final judgment.

We grant the motion and abate this appeal. *See* Tex. R. App. P. 27.1(a) (addressing prematurely filed notices of appeal), 27.2 (allowing appellate court to treat actions taken before appealable order is signed as relating to appeal of that order), 44.3 (prohibiting appellate court from dismissing appeal for formal defects or procedural irregularities without allowing reasonable

time to correct or amend). We remand the appeal to the district court to cure the jurisdictional defect and provide the clerk's record containing a final judgment within thirty days from the date of this order. If the supplemental clerk's record containing a final judgment is not provided to this Court by that date, we order the parties to file a status report on that date instead.

It is so ordered on July 3, 2025.

Before Justices Triana, Kelly, and Theofanis

Abated and Remanded

Filed: July 3, 2025